**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Lorenzo ESPINO, Jr., also known as Lencho, also known as Oso, also known as Lorenzo Espino, Defendant-Appellant**

**No. 16-50464**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 2, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Lorenzo Espino, Jr., Pro Se

Before KING, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: \*

The Federal Public Defender appointed to represent Lorenzo Espino, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Espino has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under